**Luis Roberto MARTINEZ,**
**Petitioner–Appellant,**

v.

**Darrel G. ADAMS, Warden,**
**Respondent–Appellee.**

No. 08–56083.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 25, 2010.

Brad Douglas Levenson, Esquire, Assistant Federal Public Defender, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellant.

Michael Robert Johnsen, Deputy Attorney General, AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

California state prisoner Luis Roberto Martinez appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Martinez contends his trial counsel was ineffective for failing to conduct an adequate investigation and present evidence concerning the defense of third-party culpability. The record reflects that the state court's rejection of this claim was neither contrary to, nor an unreasonable application of, clearly established federal law. *See* 28 U.S.C. § 2254(d)(1); *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**AFFIRMED.**